# SUPERIOR COURT

Emma De Rosiers  
vs.          No. 57344  
Max M. Pullman

RESCRIPT

May 12, 1925.

Capotosto, J. This is an action for a broker's commission for a sale of certain real estate on Pine Street in the City of Providence. The jury returned a verdict for $233.30. The defendant moves for a new trial upon the usual ground.

The plaintiff claims that the defendant personally asked her to find a customer for his property and that he

promised to pay her a commission of two per cent on the sale price, that relying upon the defendan't promise she interested a Mrs. Cutler in the property; that the property was in fact sold to Mrs. Cutler and that the defendant thereupon refused to pay her the commission.

The defendant maintains that he never made any promise to the plaintiff to pay her any commission and that the plaintiff's claim was a "frame-up."

The issue raised was purely a question of fact and credibility. The jury's verdict is, in my opinion, supported by the weight of the evidence and, therefore, should not be disturbed.

Motion for new trial denied.

For Plaintiff: Fitzgerald & Higgins.

For Defendant: Robinson & Robinson, W. M. P. Bowen & F. H. Wildes.